UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No. 6:06-cr-176-Orl-19KRS

APRIL SMITH,

    Defendant.
_____/

**O R D E R**

        The Defendant is before the court on a petition alleging violations of pretrial release.  More particularly, the petition of February 13, 2007, alleges that the Defendant had violated the terms of pretrial release through her use of cocaine as evidenced by a positive urinalysis test result on February 7, 2007, and by her failure to report for a scheduled mental health treatment session on February 12, 2007.  A hearing pursuant to 18 U.S.C. § 3148 has been conducted.  The Defendant concedes her use of cocaine but asserts that her failure to appear for mental health counseling was due to circumstances beyond her control.  In light of her admission to the use of cocaine, there is probable cause to believe that she has again violated the law and clear and convincing evidence that she has violated the terms of her pretrial release order.  In the circumstances, the court is required to determine the appropriate disposition of the Defendant pending her sentencing (which is presently scheduled for Monday, February 26, 2007.)

        In addition to the matters set forth in the petition, a subsequent report from Pretrial Services reflects that the Defendant also failed to appear for urinalysis testing on

February 14, 2007. On February 21, 2007, the Defendant again tested positive for the use of cocaine. In the circumstances, it appears the Defendant has, of late, repeatedly violated her conditions of release by the use of cocaine. I find not conditions of release available which will assure that she will not again use cocaine should she be released and accordingly I order her **DETAINED**.

The Defendant is committed to the custody of the U.S. Marshal pending sentencing. The Marshal is ordered to transport Defendant to the Orlando division of the court for sentencing before Chief Judge Fawsett on **Monday, January 26, 2007, at 9:00 a.m.**

**Done and Ordered** in Tampa, Florida, this 23rd day of February 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Assistant U.S. Attorney
Counsel for Defendant